**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AMTRUST BANK, a federal savings bank,
formerly known as OHIO SAVINGS BANK,

      Plaintiff,                              CASE NO.: 2:07-cv-13885
                                                     HON. Avern L. Cohn

vs.

MULTI BUILDING CO., INC., a Michigan corporation,
M.C. GUTHERIE LUMBER COMPANY, a Michigan
corporation; QUALITY HEATING AND COOLING, INC.,
a Michigan corporation; SOLOMON PLUMBING, CO., a
Michigan corporation, G. CAMPO, INC., a Michigan corporation;
CALO & SONS CONSTRUCTION, INC.; a Michigan corporation;
WIMSATT BUILDING MATERIALS CORPORATION, a
Michigan corporation; TRI-COUNTY FOUNDATIONS, INC;
a Michigan corporation; FERRAZZA CEMENT CONSTRUCTION,
INC.; a Michigan corporation; and TRIO CARPENTRY, INC.,
a Michigan corporation

      Defendants.

_____/

### ORDER GRANTING PLAINTIFF AMTRUST BANK'S
### MOTION FOR APPOINTMENT OF RECEIVER AND FOR AUTHORITY
### FOR SALE OF PROPERTY BY RECEIVER AND RELATED RELIEF

The Plaintiff, AmTrust Bank ("AmTrust"), having filed a Motion for Appointment of Receiver and For Authority for Sale of Property by Receiver and Related Relief on November 9, 2007; the Court having heard oral argument on the Motion on November 21, 2007; and the Court having granted the Motion on that date;

NOW, THEREFORE,

***IT IS HEREBY ORDERED*** that the Motion is granted pursuant to the statements on the record at the November 21, 2007 hearing, and that all additional

terms for appointment of the receiver, including the specific property covered by the receivership, shall be set forth in a separate Order to be submitted by Plaintiff after presentation of such Order to parties in interest for their review.

Dated: January 28, 2008                    s/Avern Cohn
                                                          AVERN L. COHN
                                                          U.S. DISTRICT COURT JUDGE

Blmfield.15534.70522.953547-1